UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Micalyn Baney v. Bayer Corporation, et al.* | No. 10-cv-10695-DRH |
| *Dawn Bush v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10412-DRH |
| *Shelby Casper v. Bayer Corporation, et al.* | No. 10-cv-12359-DRH |
| *Kaslena Hussey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10330-DRH |
| *Kendra Yates v. Bayer Corporation, et al.* | No. 10-cv-12809-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
           Deputy Clerk

**Dated:**  June 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.20
17:23:49 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**